**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00006-CV**
_____

**IN RE BRANDON CREIGHTON**

**Original Proceeding**

**ORDER**

Brandon Creighton, Relator, filed a petition for a writ of mandamus to compel Gilberto Hinojosa, Texas Democratic Party Chair, Respondent, to perform a ministerial duty imposed by law in connection with the March 2022 Texas Democratic Primary Election. *See* Tex. Elec. Code Ann. § 273.061(a).

The Court believes a serious question concerning the mandamus relief sought requires further consideration. *See* Tex. R. App. P. 52.8(b). The Respondent and the Real Party in Interest, Misty Lichelle Bishop, may file a response no later than January 21, 2022. Any response must comply with Tex. R. App. P. 52.4.

ORDER ENTERED January 11, 2021.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.

1